UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:
Kelly Skriba and
Debra Skriba

                Debtor(s).
_____//

Case #: 10-10588
Chapter 13
Hon. Jeffrey R. Hughes
Filed: August 30, 2010

## CHAPTER 13 PLAN

(   )Original or (**XX**)Amendment No.:  _3_  (   )Pre-Confirmation (**XX**)Post- Confirmation

This amendment affects the referenced paragraphs only.  All other provisions of the plan, including previous amendments remain unaffected by this amendment.

**I.**    **GENERAL PROVISIONS**

**B.  PLAN PAYMENT**  The Debtor submits all or such portion of the Debtor's future income to the control of the Trustee as in, or may be necessary for the execution of the Plan. The Debtor, or the Debtor's employer shall pay to the Trustee the sum of $_____ per (  )week, (  )bi-weekly, (  )semi-monthly, (  ) monthly, or (**XX**) other.   (If proposing a step payment or a liquidating Plan, mark "Other" and the provide terms in "Other Plan Provisions" as set forth below.  ***Pursuant to 11 USC §1326 the Debtor shall commence making payments not later than 30 days after the date of the filing of the Plan or the Order for Relief, whichever is earlier.***

The Debtor shall submit all disposable income directly to the control and supervision of the Trustee.  If the Debtor becomes 30 days delinquent in making payments under the Plan, the Trustee may submit a payroll order to the Clerk with an appropriate affidavit (copies to the Debtor and Debtor's counsel) and the Court may enter the payroll order without further hearing.  The Debtor shall notify the Trustee immediately of any change of employment until the Plan is completed.

**(XX) Other Plan Payment Provisions:**

From Mr. Skriba's check, $266.00 per week through an employer payroll order.

From Mr. Skriba's check, the weekly payment shall increase as the retirement loans are paid off effective:

    February, 2011 weekly payment shall be $279.00

    May, 2012 weekly payment shall be $290.00

    February, 2013 weekly payment shall be $304.00

    April, 2015 weekly payment shall be $326.00

From Mrs. Skriba's check, $881.00 bi-weekly through an employer payroll order.

Lump sum payment of $2,200.00 in December 2015.

**The rest of this page is intentionally left blank.**

Date: 2-18-11                    _____
                                 Kelly Skriba, Debtor


Date: 2-18-11                    _____
                                 Debra Skriba, Co-Debtor


Date: 2-19-11                    _____
                                 Robert W. Dietrich (P49704),
                                 Attorney for the Debtor(s)


Revised DLF 08/11/2010